**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Evangelistic Godson
Po Box 25322
EG~~WILM~~ DE 19899
Wilmington

*(In the space above enter the full name(s) of the plaintiff(s).)*

**RECEIVED**

JUL 08 2026

AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ ___ M

- against -

Veteran's United Home Loan
550 Veterans United Dr Columbia MO 65203
Core Title LLC
1300 Rte 73, Ste 112 Mt Laurel NJ 08054
Keller Williams Realty - 725 Lincoln Rd Mullica Hill NJ 08062
Keller Williams Realty 381 Egg Harbor Rd Sewell NJ 08080
Goldstein Properties 17 Nature Way Lakewood NJ 08701
Foremost Insurance-Geico

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach
       additional sheets of paper as necessary.

Plaintiff     Name                  Evangelistic Godson
              Street Address        Po Box 25322 WILM DE 19899
              County, City          Reside 8 Lakewood Ave
              State & Zip Code      Pennsville NJ 08070
              Telephone Number      856 668 6844

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Veterans United Home Loans_

Street Address _550 Veterans United Dr_

County, City _Columbia MO_

State & Zip Code _65203_

Defendant No. 2

Name _Core Title LLC, MT Land_

Street Address _1300 Rte 73 Ste 112,_

County, City _____

State & Zip Code _NJ 08054_

Defendant No. 3

Name _Goldstein Properties_

Street Address _17 Nature Vilay_

County, City _____

State & Zip Code _Lakewood NJ_

Defendant No. 4

Name _Foremost Insurance Geico_

Street Address _PO Box 0915_

County, City _____

State & Zip Code _Carol Steam If 60132_

_Keilar Williams Realty Companies @ 725 Lincoln Rd Mullica Hill 08062 & @ 381 Egg Harbor Rd Sewell NJ 08080_

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff    ☐ U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Denial of American with Disabilities Act, Discrimination of Senior 65+ by Cancelling Homeowner Insurance_

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _Disabled American Veteran denied ADA rights and Discrimination as 65+ year old African American Citizen_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _April 20, 2023 until present_

What happened to you?

C.    Facts: _Purchased home under Veterans Benefits — Seller sold me defective home with knowledge attic was infested with squirrels and racoon. Interest rate extremely high and refuse to remove excess fees after telling me to forego payments which led to Foreclosure._

Who did what?

_Realtor also was privy to aforementioned as well as Seller. Homeowners Insurance was cancelled due to missing shingles While other homes in area with more damage still having coverage_

Was anyone else involved?

_Foremost Insurance and due to current Administration in Washington DC, I expressed by firearm and my vehicle was struck by drone or projectile, and I've been monitored and harassed by Credit Reversed._

Who else saw what happened?

_New Jersey Division of Banking and Finance_

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received? Severe emotional duress being a 100/0 Disabled American Veteran with PTSD, Anxiety and A victim of sexual Assault, Just had a medical procedure during this ordeal, and despite Medical Advisory from my Attending Physician, u.s. Superior Court an Trenton - Gloucester and Salem Counties have ignored same.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like for Court to reinstate my veteran's Benefit for buying a home and Award me 2.5 Million for this horrific injustice, Due to U.S. Superior Court failure to adhere to ADA Compliance and my being denied proper notification during foreclosure. Asking court to hold all Defendant equally accountable, Asking if this filing could be considered Class Action due to Trump Administration current policies.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _7_ day of _July_ _____, 20 _26_.

Signature of Plaintiff _____

Mailing Address _____ *PO Box 25322*

_____ *WILM DE 18899*

Telephone Number _____ *856 668 6844*

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____ *7/7/26*

- 5 -